IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOVONNA CORBITT,<br><br>                    Plaintiff,<br><br>     v.<br><br>PROGRESSIVE ADVANCED INSURANCE COMPANY,<br>JANE KENNEDY, and<br>BRIAN HAEFLEIN<br><br>                    Defendants. | CIVIL ACTION<br>NO. 2:24-CV-25 |

## ORDER

**AND NOW**, this 5th day of August 2024, upon consideration of Plaintiff Jovonna Corbitt's Motion to Remand (Doc. No. 11), Defendants Progressive Advanced Insurance Company, Jane Kennedy, and Brian Haeflein's Response in Opposition (Doc. No. 16), the hearing on the Motion to Remand held with the parties on June 4, 2024, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Plaintiffs' Motion to Remand (Doc. No. 11) is **GRANTED**.

2. This case is **REMANDED** to the Court of Common Pleas of Philadelphia County.

3. Any outstanding motions are **DENIED WITHOUT PREJUDICE AS MOOT**.[1]

---

[1] On January 10, 2024, Defendants Progressive, Kennedy and Haeflein filed Motions to Dismiss the Complaint (Doc. Nos. 8, 9). Because this Court does not have subject-matter jurisdiction over this case and it will be remanded to the Court of Common Pleas of Philadelphia County, these Motions will be denied without prejudice as moot.

4. The Clerk of Court shall close the above-captioned case.

                                        BY THE COURT:

                                        /s/ Joel H. Slomsky
                                        _____

                                        JOEL H. SLOMSKY, J.